# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

    v.                                1:23-cv-00493-JJM-LDA

RICHER GOSSELIN,
ET AL.,

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Pursuant to this Court's order entered on September 24, 2024, and in accordance with Fed. R. Civ. P. 58., judgment is hereby entered dismissing the plaintiff's complaint.

It is so ordered.

September 24, 2024                                  By the Court:

                                                            /s/ Hanorah Tyer-Witek.
                                                            Clerk of Court